FILED

FEB 2 2 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18Cr822-GPC |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Section § 1037(a)(5) and (b)(2)(E); Title 18, U.S.C., Sec. 1037(c)(1)(A), Title 21, U.S.C., Sec. 853(p), and Title 28, U.S.C., Sec. 2461(c) (Criminal Forfeiture) |
| DANIEL DYE, | |
| Defendant. | |

The United States Attorney charges:

**COUNT 1**

**(CAN-SPAM Act)**

Beginning on or about December 27, 2010, and continuing up to and including on or about October 21, 2013, within the Southern District of California and elsewhere, defendant Daniel Dye knowingly and intentionally conspired and agreed with others known and unknown, in a manner affecting interstate and foreign commerce, to knowingly falsely represent oneself to be the registrant or the legitimate successor in interest of the registrant of five or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses, and as a result of said

SLF:San Diego
2/22/18

conduct, to obtain anything of value aggregating $5,000 or more during any 1-year period, in violation of 18 U.S.C. §§ 1037(a)(5) and (b)(2)(E)

### FORFEITURE ALLEGATIONS

Upon conviction of the felony offense alleged in Count 1 of this Information and pursuant to Title 18, United States Code, Section 1037(c)(1)(A), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure, defendant DANIEL DYE shall forfeit to the United States any property, real or personal, which constitutes or was derived from proceeds traceable to such violation, including, but not limited to the sum of no less than $7,984.00.

If any of the above-described forfeited property, as a result of any act or omission of Defendant DANIEL DYE cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

DATED: February 22, 2018.

ADAM L. BRAVERMAN
United States Attorney

SABRINA L. FEVE
MELANIE K. PIERSON
Assistant U.S. Attorneys