AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
FEB 22 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KLW___ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Daniel Dye<br>*Defendant* | ) ) ) ) ) Case No. 18cr822-GPC |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/16/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Judge's signature*