# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18CR0822-GPC |
| vs ) | ABSTRACT OF ORDER |
| Daniel Dye ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/22/18__
the Court entered the following order:

18 USC 1037(a)(5)(b)(2)(E)
18 USC 1037(c)(1)(A)

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ __O/R__ bond posted.

✓ _____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ JOHN MORRILL, Clerk
DUSM               by _____ Deputy Clerk  x0412

Crim-9   (Rev. 8-11)                         ★ U.S. GPO: 1996-783-398/40151

R. ANDREWS