```
ADAM BRAVERMAN
Acting United States Attorney
SABRINA L. FEVE
Assistant United States Attorney
California Bar No. 226590
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6786

Attorney for Plaintiff
United States of America
```

FILED

MAR 15 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 18CR0822-GPC |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

    Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, IT IS HEREBY ORDERED that the defendant, counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court.

    Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, IT IS FURTHER ORDERED that the United States Attorney, Assistant United States Attorneys assigned to this case, and their assistants (hereafter collectively referred to as "the Government"), the defendant, counsel of record, and counsel's assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the Government from the

defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case.

Nothing contained herein shall prevent the Government, or any defendant or counsel of record, from disclosing such discovery material to any other attorneys working for the Government, the defendant or counsel of record, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendant and counsel of record (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order.

Nothing contained herein shall preclude the Government, defendant, counsel of record, or respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendant, counsel of record, or counsel's respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

1    Defense counsel and the Government shall be required to communicate the
2    substance of this order and explain it to the client and assistants before disclosing the
3    substance of the discovery to the client or assistants.
4    SO ORDERED.
5    DATED: 03/13, 2018

         _____
         HON. GONZALO P. CURIEL
         United States District Judge

I consent to the entry of the attached protective order in the case of United States v. Daniel Dye, Criminal Case No. 18cr0822-GPC.

DATE: 3/15/18

SABRINA L. FEVE
Assistant United States Attorney

DATE: 3/15/18

SEAN T. PROSSER
Attorney for Defendant Daniel Dye