UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr0822-GPC |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant DANIEL DYE ("Defendant"), pursuant to 18 U.S.C. § 1037(c)(1)(A) and 28 U.S.C. § 2461(c), as charged in the Information; and

WHEREAS, on or about February 22, 2018, Defendant pled guilty before Magistrate Judge Jan M. Adler to the single-count Information, and an agreement to forfeit to the United States the amount of $7,984.00 as proceeds Defendant received from the offense, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, on March 8, 2018 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $7,984.00 (U.S. dollars)

1 represents the moneys derived from and traceable to the gross proceeds that the
2 Defendant obtained directly as a result of the offense to which Defendant pled guilty,
3 18 U.S.C. §§ 1037(a)(5) and (b)(2)(E), as charged in the Information; and
4     WHEREAS, by virtue of said guilty plea and the Court's findings, the
5 United States is now entitled to an Order of Forfeiture in its favor against the
6 Defendant for the proceeds received by the Defendant in the amount of $7,984.00,
7 pursuant to 18 U.S.C. § 1037(c)(1)(A) and Rule 32.2(b) of the Federal Rules of
8 Criminal Procedure; and
9     WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture
10 addendum, the United States has established the requisite nexus between the
11 $7,984.00 forfeiture and the offense; and
12    WHEREAS, the Defendant has agreed that the provisions for the substitution
13 of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States
14 may take actions to collect the forfeiture; and
15    WHEREAS, the United States, having submitted the Order herein to the
16 Defendant through his attorney of record, to review, and no objections having been
17 received;
18    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
19    1.   Defendant DANIEL DYE shall forfeit to the United States the sum of
20 $7,984.00 pursuant to 18 U.S.C. § 1037(c)(1)(A) in the form of a forfeiture amount
21 for the proceeds Defendant received from his offense of conviction, which forfeiture
22 is in favor of the United States against Defendant DANIEL DYE, with interest to
23 accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and
24    2.   This Court shall retain jurisdiction in the case for the purpose of
25 enforcing the order of forfeiture and collecting and enforcing the forfeiture; and
26    3.   Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final
27 as to the Defendant at the time of sentencing and is part of the sentence and included
28 in the judgment; and

4.     Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5.     The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $7,984.00 to satisfy the forfeiture in whole or in part; and

6.     The United States may take any and all actions available to it to collect and enforce the forfeiture.

Dated:  December 20, 2018

Hon. Gonzalo P. Curiel
United States District Judge