Sean T. Prosser, Bar No. 163903
SProsser@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858-720-5773
Facsimile: 858-750-5799

Attorneys for Defendant
Daniel Dye

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18CR0822-GPC |
| Plaintiff, | ACKNOWLEDGEMENT OF NEXT COURT DATE |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

I, DANIEL DYE, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is June 21, 2019 at 8:30 a.m. before the Honorable Gonzalo P. Curiel.

I declare that the foregoing is true and correct.

DATED: 3/15/19

_____
Defendant
Daniel Dye

ACKNOWLEDGEMENT OF
NEXT COURT DATE

Criminal Case No. 18CR0822-GPC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 15, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

*s/ Sean T. Prosser*
Sean T. Prosser