Chelsea W. Curfman, admitted *pro hac vice*
CCurfman@perkinscoie.com
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, CO 80202
Telephone:  303-291-2345
Facsimile:  303-291-2400

Attorney for Defendant
Daniel Dye

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.  18CR0822-GPC |
| Plaintiff, | MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

Defendant Daniel Dye respectfully moves the Court to withdraw the appearance of Sean T. Prosser and substitute Chelsea W. Curfman as counsel for the Defendant on the following grounds.

1.     Sean T. Prosser, who was attorney of record for Defendant in this action, resigned from the law firm Perkins Coie LLP effective March 15, 2019.

2.     Due to a conflict of interest at his new firm, Mr. Prosser can no longer represent Defendant.

3.     Chelsea W. Curfman of Perkins Coie LLP was admitted to this Court *pro hac vice* on March 19, 2019.  [Doc. no. 28.]

4.     Defendant wishes to substitute Ms. Curfman as counsel for Defendant.

5.     Both Defendant and Mr. Prosser consent to the proposed substitution.

1    WHEREFORE, Defendant requests the Court grant its motion for withdrawal

2    of appearance of Sean T. Prosser as counsel of record and substitute Chelsea W.

3    Curfman as counsel for Defendant on its behalf.

4    Respectfully submitted this 20th day of March, 2019.

5

6    *s/ Chelsea Curfman*
     Chelsea W. Curfman

7    (admitted *pro hac vice*)
     CCurfman@perkinscoie.com

8    PERKINS COIE LLP

9    1900 16th Street, Suite 1400
     Denver, CO 80202

10   Telephone:  303-291-2345
     Facsimile:  303-291-2400

11

12   Attorney for Defendant Daniel Dye

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

      The undersigned hereby certifies that a true and correct copy of the above

3

and foregoing document has been served on March 20, 2019 to all counsel of record

4

who are deemed to have consented to electronic service via the Court's CM/ECF

5

system.  Any other counsel of record will be served by electronic mail.

6

7

                *s/ Chelsea W. Curfman*
                Chelsea W. Curfman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28