UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.  18CR0822-GPC |
| Plaintiff, | ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

THIS MATTER, having come before the Court on Defendant's Motion for Withdrawal and Substitution of Counsel, and the Court having reviewed the same and being advised in the premises, does hereby GRANT said Motion.

The substitution of attorney is approved.  IT IS ORDERED that

1. Sean T. Prosser is hereby withdrawn as counsel of record for Defendant, and

2. Chelsea W. Curfman is substituted as counsel for Defendant.

Dated:  March 21, 2019

Hon. Gonzalo P. Curiel
United States District Judge