ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California Bar No. 112520
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Email:  Melanie.Pierson@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18cr0822-GPC |
| Plaintiff, | **JOINT MOTION FOR CONTINUANCE** |
| v. | |
| DANIEL DYE, | |
| Defendant | |

The parties, the plaintiff, United States of America, by and through its counsel, United States Attorney Robert S. Brewer, Jr. and Assistant U.S. Attorney Melanie K. Pierson, and the defendant, DANIEL DYE, through his counsel Chelsea Curfman, respectfully request that the court continue the date for sentencing in the above-referenced case from June 21, 2019, at 8:30 a.m., to January 31, 2020, at 8:30 a.m. in order to permit the defendant to fulfill his responsibilities under the plea agreement and receive the full benefit of the plea agreement.  The defendant will file an acknowledgement of his next court date before June 20, 2019.

DATED: May 1, 2019                    Respectfully submitted,

                                      ROBERT S. BREWER, JR.
                                      United States Attorney

                                      /s/Melanie K. Pierson
                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR0822-GPC |
| Plaintiff, | |
| v. | |
| DANIEL DYE, | CERTIFICATE OF SERVICE |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion for Continuance on the opposing parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2019.

s/ Melanie K. Pierson
MELANIE K. PIERSON