# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr0822-GPC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR CONTINUANCE** |
| DANIEL DYE, | |
| Defendant | |

**IT IS HEREBY ORDERED** that, good cause having been shown, the date for sentencing in the above-referenced case, currently set for June 21, 2019, at 8:30 a.m., is continued until January 31, 2020, at 8:30 a.m. Defendant is ordered to file an acknowledgement of the new date no later than June 20, 2019.

Dated: May 1, 2019

Hon. Gonzalo P. Curiel
United States District Judge