Chelsea W. Curfman, admitted *pro hac vice*
CCurfman@perkinscoie.com
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, CO 80202
Telephone: 303-291-2345
Facsimile:  303-291-2400

Attorney for Defendant
Daniel Dye

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANIEL DYE,<br><br>            Defendant. | Criminal Case No.  18CR0822-GPC<br><br>SECOND JOINT MOTION FOR CONTINUANCE |

The parties, defendant DANIEL DYE, through his counsel Chelsea Curfman, and the United States of America, by and through its counsel, Assistant U.S. Attorneys Sabrina Feve and Melanie Pierson, respectfully request that the court again continue the date for Mr. Dye's sentencing in the above-referenced case from January 31, 2020, at 8:30 a.m., to June 26, 2020, at 8:30 a.m. in order to permit the defendant to fulfill his responsibilities under the plea agreement and receive the full benefit of the plea agreement.

As part of his cooperation with the Government under the plea agreement, Mr. Dye expects to testify in a related case, *U.S. v. Bychack et al.* (criminal case no. 18CR4683-GPC), which has not yet been scheduled for trial.  The previous joint motion for continuance of Mr. Dye's sentencing was requested for similar reasons. As of December 2019, pre-trial motions were still pending in the *Bychack* case,

1  briefing for which is scheduled to conclude in February 2020.  Counsel for the
2  Government has informed Mr. Dye's counsel that they expect *U.S. v. Bychack* to be
3  set for trial during the summer of 2020.
4      Counsel for Mr. Dye has conferred with counsel for the Government, who
5  have agreed to jointly seek this continuance.
6      The defendant will file an acknowledgement of his next court date before
7  January 24, 2019.
8      Respectfully submitted this 9th day of January, 2020.

> *s/ Chelsea Curfman*
> Chelsea W. Curfman
> (admitted *pro hac vice*)
> CCurfman@perkinscoie.com
> PERKINS COIE LLP
> 1900 16th Street, Suite 1400
> Denver, CO 80202
> Telephone:  303-291-2345
> Facsimile:  303-291-2400
>
> Attorney for Defendant Daniel Dye

SECOND JOINT MOTION FOR CONTINUANCE    -2-    Criminal Case No. 18CR0822-GPC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 9, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

*s/ Chelsea W. Curfman*
Chelsea W. Curfman