1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DYE,<br><br>Defendant. | Criminal Case No.  18CR0822-GPC<br><br>**ORDER GRANTING SECOND JOINT MOTION FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that, good cause having been shown, the Joint Motion for Continuance is GRANTED and the date for sentencing in the above-referenced case, currently set for January 31, 2020, at 8:30 a.m., is continued until June 26, 2020, at 8:30 a.m.  Defendant is ordered to file an acknowledgement of the new date no later than January 24, 2020.

**IT IS SO ORDERED.**

Dated:  January 10, 2020

_____
Hon. Gonzalo P. Curiel
United States District Judge

Criminal Case No.  18CR0822-GPC