Chelsea W. Curfman, admitted *pro hac vice*
CCurfman@perkinscoie.com
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, CO 80202
Telephone: 303-291-2345
Facsimile: 303-291-2400

Attorney for Defendant
Daniel Dye

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DYE,<br><br>Defendant. | Criminal Case No. 18CR0822-GPC<br><br>ACKNOWLEDGEMENT OF NEXT COURT DATE |

I, DANIEL DYE, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is June 26, 2020, at 8:30 a.m. before the Honorable Gonzalo P. Curiel.

I declare that the foregoing is true and correct.

DATED: 1/13/20

Defendant
Daniel Dye

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail.

*s/ Chelsea W. Curfman*
Chelsea W. Curfman

CERTIFICATION OF SERVICE        -3-        Criminal Case No.  18CR0822-GPC