Chelsea W. Curfman, admitted *pro hac vice*
CCurfman@perkinscoie.com
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, CO 80202
Telephone: 303-291-2345
Facsimile:  303-291-2400

Attorney for Defendant
Daniel Dye

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DANIEL DYE,<br><br>             Defendant. | Criminal Case No.  18CR0822-GPC<br><br>FOURTH JOINT MOTION FOR CONTINUANCE |

The parties, defendant DANIEL DYE, through his counsel Chelsea Curfman, and the United States of America, by and through its counsel, Assistant U.S. Attorneys Sabrina Feve and Melanie Pierson, respectfully request that the Court again continue the date for Mr. Dye's sentencing in the above-referenced case from January 8, 2021, at 8:30 a.m., to February 4, 2022, at 8:30 a.m., in order to permit the defendant to fulfill his responsibilities under the plea agreement and receive the full benefit of the plea agreement.

As part of his cooperation with the Government under the plea agreement, Mr. Dye expects to testify in a related case, *U.S. v. Bychak et al.* (criminal case no. 18CR4683-GPC), which has not yet been scheduled for trial.  The previous motions for continuance of Mr. Dye's sentencing were requested for similar reasons.  As of December 20, 2020, pre-trial motions are still pending in the *Bychak* case.  Counsel

for the Government has informed Mr. Dye's counsel that while they do not yet know when *U.S. v. Bychak* will be set for trial, they anticipate that it will not be prior to late-2021.

Counsel for Mr. Dye has conferred with counsel for the Government, who have agreed to jointly seek this continuance.

The defendant will file an acknowledgement of his next court date before January 1, 2021.

Respectfully submitted this 17th day of December, 2020.

                                  *s/ Chelsea Curfman*
                                  Chelsea W. Curfman
                                  (admitted *pro hac vice*)
                                  CCurfman@perkinscoie.com
                                  PERKINS COIE LLP
                                  1900 16th Street, Suite 1400
                                  Denver, CO 80202
                                  Telephone: 303-291-2345
                                  Facsimile: 303-291-2400

                                  Attorney for Defendant Daniel Dye

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 17, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

*s/ Chelsea W. Curfman*
Chelsea W. Curfman