UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>DANIEL DYE,<br><br>              Defendant. | Criminal Case No. 18CR0822-GPC<br><br>**ORDER GRANTING FOURTH JOINT MOTION FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that, good cause having been shown, the Joint Motion for Continuance is GRANTED and the date for sentencing in the above-referenced case, currently set for January 8, 2021, at 8:30 a.m., is continued until February 4, 2022, at 8:30 a.m. Defendant is ordered to file an acknowledgement of the new date no later than January 1, 2021.

Dated: December ___, 2020.

_____
HONORABLE GONZALO P. CURIEL
United States District Court Judge

Criminal Case No. 18CR0822-GPC