1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DANIEL DYE,<br><br>              Defendant. | Case No.:  18-CR-0822-GPC<br><br>**ORDER GRANTING FOURTH JOINT MOTION FOR CONTINUANCE** |

     **IT IS HEREBY ORDERED** that, good cause having been shown, the Joint Motion for Continuance is **GRANTED** and the date for sentencing in the above-referenced case, currently set for January 8, 2021, at 8:30 a.m., is continued until February 4, 2022, at 8:30 a.m.  Defendant is **ORDERED** to file an acknowledgement of the new date no later than January 1, 2021.

     **IT IS SO ORDERED.**

Dated:  December 17, 2020

Hon. Gonzalo P. Curiel
United States District Judge

1