1 Chelsea W. Curfman, admitted *pro hac vice*
CCurfman@perkinscoie.com
2 PERKINS COIE LLP
1900 16th Street, Suite 1400
3 Denver, CO 80202
Telephone: 303-291-2345
4 Facsimile: 303-291-2400

5 Attorney for Defendant
Daniel Dye

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 18CR0822-GPC |
|---|---|
| Plaintiff, | ACKNOWLEDGEMENT OF NEXT COURT DATE |
| v. | |
| DANIEL DYE, | |
| Defendant. | |

I, DANIEL DYE, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is February 4, 2022, at 8:30 a.m. before the Honorable Gonzalo P. Curiel.

I declare that the foregoing is true and correct.

DATED: 12/22/20

_____
Defendant
Daniel Dye

ACKNOWLEDGEMENT OF NEXT                Criminal Case No. 18CR0822-GPC
COURT DATE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 23, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail.

*s/ Chelsea W. Curfman*
Chelsea W. Curfman