UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DYE,<br><br>Defendant. | Case No. 18cr822-KSC<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title and interest in property of Defendant DANIEL DYE ("Defendant"), pursuant to Title 18, United States Code, Section 1037(c)(1)(A) and Title 28, United States Code, Section 2461(c) as property involved in the violation of Title 18, United States Code, Sections 1037(a)(5) and 1037(b)(3), as charged in the Superseding Information; and

WHEREAS, on or about January 25, 2023, Defendant pled guilty before this Court to the Superseding Information which included consent to the forfeiture allegations of the Superseding Information, consent to forfeiture of all property seized in connection with the case, and entry of a forfeiture money judgment pursuant to Title 18, United States Code, Section 1037(c) and Title 28, United States Code, Section 2461(c) in the amount of $7,984.00 representing the proceeds Defendant personally

received from the offense charged in the Superseding Information, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court hereby finds that $7,984.00 represents the amount of proceeds the Defendant personally received directly as a result of the offense set forth in the Superseding Information alleging violation of Title 18, United States Code, Sections 1037(a)(5) and 1037(b)(3); and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant in the form of a forfeiture money judgment representing the amount of the property involved in the offense and directly obtained by Defendant in the amount of $7,984.00, pursuant to Title 18, United States Code, Section 1037(c)(1)(A) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $7,984.00 forfeiture money judgment and the offense set forth in the Superseding Information and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in Title 21, United States Code, Section 853(p) exist and has agreed the United States may take all actions available to it to collect the forfeiture money judgment; and

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based on the guilty plea of the Defendant to the Superseding Information the United States is entitled to a forfeiture money judgment against Defendant in the amount of $7,984.00 pursuant to Title 18, United States Code, Section 1037(c)(1)(A) and Title 28, United States Code, 2461(c), representing the amount of proceeds Defendant personally received from the offense of conviction set forth in the Superseding Information, which forfeiture money judgment is in favor of the

1 | United States against Defendant DANIEL DYE, with interest to accrue thereon in
2 | accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

3 |       2.      This Court shall retain jurisdiction in the case for the purpose of enforcing
4 | the order of forfeiture money judgment and collecting and enforcing it; and

5 |       3.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final
6 | as to the Defendant at the time of sentencing and is part of the sentence and included
7 | in the judgment; and

8 |       4.      Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct
9 | discovery to identify, locate, or dispose of directly forfeitable assets and substitute
10 | assets against which this Order of Forfeiture may be enforced; and

11 |       5.      The United States may, at any time, move pursuant to Rule 32.2(e) to
12 | amend this Order of Forfeiture to substitute property having a value not to exceed
13 | $7,984.00 to satisfy the forfeiture money judgment in whole or in part; and

14 |       6.      The United States may take any and all actions available to it to collect
15 | and enforce the forfeiture money judgment.

16 |       7.      This order shall be incorporated and included as part of the judgment in
17 | this case when Defendant is sentenced.

DATED: 2/28/23

Honorable Karen S. Crawford
United States Magistrate Judge